UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AMANDA BAZZO, as Next Friend of
M.B., a Minor,

    Plaintiffs,

vs

CHRISTA WILLIAMS M.D. and
UNITED STATES OF AMERICA
Jointly and Severally,

    Defendants.

_____/

Case No: 2:11-cv-10241

Honorable Robert H. Cleland

DAVID W. CHRISTENSEN P11863
MARY PAT ROSEN P34992
SANDRA J. RENARD P57109
CHARFOOS & CHRISTENSEN, P.C.
Attorneys for Plaintiffs
5510 Woodward Avenue
Detroit MI 48202
313-875-8080

## EX PARTE ORDER APPOINTMENT NEXT FRIEND OF MINOR PLAINTIFF

    At a session of said Court, held in the United States District Court, Eastern District of Michigan, Southern Division

on    <u>January 24, 2011</u>

PRESENT: HONORABLE <u>ROBERT H. CLELAND</u>
    U. S. District Court Judge

    This matter coming before the Court on the Plaintiffs' Ex Parte Motion for Appointment of Next Friend for Plaintiff minor child under fourteen (14) years of age,

and the Court having considered said motion and finding that AMANDA BAZZO is competent and suitable to be appointed Next Friend of Plaintiff, M.B. and that AMANDA BAZZO has consented to such appointment.

**IT IS HEREBY ORDERED** that **AMANDA BAZZO** be, and she hereby is, appointed Next Friend of Minor Plaintiff, **M.B**, for the purpose of commencing and prosecuting the within cause of action.

                                       S/Robert H. Cleland
                                       U. S. District Court Judge